QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVERETTE HUNTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:01-cr-5155 REC |
| *Plaintiff*, | ORDER RE:  EXONERATION OF BOND AND RECONVEYANCE OF REAL PROPERTY |
| v. | |
| EVERETT EARL HUNTER, JR., | |
| *Defendant*. | |

# O R D E R

On May 23, 2005, Defendant, Everett Earl Hunter, Jr. appeared for arraignment on a Superseding Petition alleging violations of supervised release.  During the hearing, Mr. Hunter surrendered to the U.S. Marshal Service and requested the exoneration of the property bond.

Accordingly, IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property located in Manteca, California be reconveyed to the owner, Ms. Danielle Focaracci.  It is further ordered that all correspondence regarding reconveyance of the posted property be sent to Ms. Focaracci at the address previously provided to the court.

IT IS SO ORDERED.

**Dated:   May 24, 2005**             /s/ Dennis L. Beck
3b142a                      UNITED STATES MAGISTRATE JUDGE